IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION FILE |
| | : | NO. 4:08-CR-00006-HLM-WEJ-1 |
| JOSE MENDEZ-CANALES, | : | |
| | : | |
| Defendant. | : | |

## REPORT AND RECOMMENDATION RE: PLEA OF GUILTY

The defendant, by consent, has appeared before me and entered a plea of guilty to Count 1 of the Indictment [1]. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Fed. R. Crim. Pro. 11, I **REPORT** that the guilty plea was knowing and voluntary, and that each offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I therefore **RECOMMEND** that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**SO RECOMMENDED**, this 11th day of October, 2016.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)