IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA,

v.

CRIMINAL ACTION FILE
NO. 4:08-CR-006-01-HLM-WEJ

JOSE MENDEZ-CANALES.

## ORDER

This case is before the Court on the Report and Recommendation on Plea of Guilty issued by United States Magistrate Judge Walter E. Johnson [37].

On February 13, 2008, a federal grand jury sitting in the Northern District of Georgia returned an indictment against Defendant. (Indictment (Docket Entry No. 1).) Count one of the indictment charged Defendant, who was an alien illegally and unlawfully in the United States, with knowingly possessing several firearms, in violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(2). (Id. at 1.)

AO 72A
(Rev.8/8

On October 11, 2016, Defendant filed a Consent to Tender Plea Before U.S. Magistrate Judge. (Consent to Tender Plea (Docket Entry No. 36).) On that same day, Defendant entered a plea of guilty as to count one of the indictment before Judge Johnson. (Minute Entry (Docket Entry No. 35); Plea with Counsel (Docket Entry No. 35-1).)

On October 11, 2016, Judge Johnson issued his Report and Recommendation. (Report & Recommendation (Docket Entry No. 37).) Judge Johnson's Report and Recommendation states, in relevant part:

> The defendant, by consent, has appeared before me and entered a plea of guilty as to Count 1 of the Indictment [1]. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Fed. R. Crim. Pro. 11, I **REPORT** that the guilty plea was knowing and voluntary, and that the each offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I, therefore, **RECOMMEND** that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

(Id. at 1 (capitalization and emphasis in original).)

2

As of the date of this Order, neither Defendant nor the Government has filed an Objection to the Report and Recommendation. The time period for filing Objections has expired, and the Court therefore finds that this matter is ripe for resolution.

Based on the Court's review of the Report and Recommendation and the record in the case, the Court finds that Defendant's plea of guilty was knowingly and voluntarily made, and that Defendant's plea to the offense charged was supported by an independent basis in fact establishing each of the essential elements of that offense. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Court **ADOPTS** the Report and Recommendation [38] and makes it the Order of this Court. Defendant's plea of guilty to count one of the indictment is hereby accepted, and Defendant is hereby adjudged guilty of said offense. Defendant's sentencing hearing is scheduled for Friday, January

3

AO 72A
(Rev.8/8
2)

13, 2017, at 1:30 p.m., in Room 300 of the United States Courthouse, 600 East First Street, Rome, Georgia.

IT IS SO ORDERED, this the 10 day of ~~October~~ November, 2016.

_____
UNITED STATES DISTRICT JUDGE

4